

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00304-CV

**PLATINUM RECOVERY & RECYCLING, LLC**,
Appellant

v.

**A-1 SPECIALIZED SERVICES, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1428-CV
The Honorable William Old, Judge Presiding

# O R D E R

Appellee's brief was due August 8, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** appellee A-1 Specialized Services, Inc.'s brief due August 22, 2016. If the brief is not filed by the date ordered, we may order the case submitted without a brief from appellee.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court